## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER D. QUIRICONI | |
| Plaintiff | CIVIL ACTION NO. |
| v. | |
| ONEWORLD MANAGMENT COMPANY, INC. | JANUARY 16, 2026 |
| Defendant | |

## <u>PETITION FOR REMOVAL</u>

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

The Defendant oneworld Management Company Inc., by its undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby removes this action from the Superior Court of the Judicial District of Bridgeport at Bridgeport in the State of Connecticut, where it is now pending, to the United States District Court of the District of the District of Connecticut.  In support of its petition for removal, Defendant states as follows:

1.      An action was made returnable on February 10, 2026, to the Superior Court for the Judicial District of Bridgeport at Bridgeport, entitled "*CHRISTOPHER D. QUIRICONI v. ONEWORLD MANAGMENT COMPANY, INC.*," with service of a Summons and Complaint and Statement of Amount in Demand on the corporate secretary of oneworld.  Copies of all process and pleadings served upon Defendant in said action are annexed hereto as <u>Exhibit A</u>.

2.      The above-described action is one over which this Court has original jurisdiction under the provisions of 38 U.S.C § 1332 given diversity jurisdiction.

1

3.      28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4.      The Complaint alleges that Plaintiff is a resident of Connecticut.

5.      Defendant oneworld Management Company Inc. is a company with its principal place of business located in Texas and is incorporated in Delaware.  Therefore, it is a citizen of Texas and Delaware.  There are no other defendants in this case.

6.      The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.      Defendant received the initial lawsuit paperwork, including civil summons and complaint, at its Fort Worth, Texas headquarters, delivered by certified mail on the corporate Secretary on December 23, 2025, therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Bridgeport, be removed to this Court.

DEFENDANT
ONEWORLD MANAGEMENT COMPANY INC.

BY _____
Jessica Z. Wragg
FED Bar No: ct28293
MUSCO & IASSOGNA
555 Long Wharf Drive, Suite 10B
New Haven, Connecticut 06511
Tel:  (203) 782-4122
Fax:  (203) 782-4128
E-Mail: jessica.wragg@m-ilaw.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was filed electronically on the 16th day of January 2026.  Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.  In addition, we are sending copies of all removal related paperwork to Plaintiff's counsel by email at:


Scott R. Lucas
Lucas & Varga LLC
slucas@lucasvargalaw.com


_____

Jessica Z. Wragg